UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARLON JAMES PETTIEWAY** | : | **DOCKET NO. 2:23-cv-1407** |
| | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **W. STRENTH, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DENIED** and **DISMISSED WITH PREJUDICE** as malicious and duplicative, and for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(b) and § 1915A.

**THUS DONE AND SIGNED** in chambers this 23rd day of January, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE